# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JERRY WADE PAYNE,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:19-cv-33-ACA |
| **SCHREIBER LLC,** | } |
| **Defendant.** | } |

## ORDER

Pursuant to the joint stipulation of dismissal filed by the parties (doc. 16), the court **DISMISSES** this action **WITH PREJUDICE**.  The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this December 23, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE